PETER A. STROTZ, BAR NO. 129904
 pstrotz@kslaw.com
WILLIAM E. STEIMLE, BAR NO. 203426
 wsteimle@kslaw.com
MEGAN R. NISHIKAWA, BAR NO. 271670
 mnishikawa@kslaw.com
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: +1 415 318 1200
Facsimile: +1 415 318 1300

Attorneys for Defendants
ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA LP, and KBI SUB INC.

Attorneys for Specially Appearing Defendants
ASTRA U.S.A. INC. and ZENECA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JUDY BEATTY, et al., | Case No. 3:12-cv-03507-JCS |
|---|---|
| Plaintiffs, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS ASTRA U.S.A. INC. AND ZENECA INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| v. | |
| ASTRAZENECA PHARMACEUTICALS LP, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties and pursuant to Civil Local Rule 6-1(a), that specially appearing Defendants Astra U.S.A. Inc. and Zeneca Inc., shall have until July 26, 2012, to answer or to otherwise respond to Plaintiffs' Complaint.

---

STIPULATION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND                                         Case No.. 3:12-cv-03507-JCS

| | | |
|---|---|---|
| 1 | DATED: July 11, 2012 | KING & SPALDING LLP |
| 2 | | |
| 3 | | By: /s/ William E. Steimle <br> PETER A. STROTZ <br> WILLIAM E. STEIMLE <br> MEGAN R. NISHIKAWA <br> Attorney for Defendants <br> ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, and KBI SUB INC. <br> and Specially Appearing Defendants <br> ASTRA U.S.A. INC. and ZENECA INC. |

DATED: July 11, 2012          KING & SPALDING LLP

                              By: /s/ William E. Steimle
                                  PETER A. STROTZ
                                  WILLIAM E. STEIMLE
                                  MEGAN R. NISHIKAWA
                                  Attorney for Defendants
                                  ASTRAZENECA PHARMACEUTICALS
                                  LP, ASTRAZENECA LP, and KBI SUB
                                  INC.
                                  and Specially Appearing Defendants
                                  ASTRA U.S.A. INC. and ZENECA INC.

DATED: July 11, 2012          GIANNI & PETOYAN

                              By: /s/ Laura Gianni*
                                  LAURA GIANNI
                                  MARCUS PETOYAN
                                  Attorney for Plaintiffs

\* I, William E. Steimle, hereby attest that Laura Gianni has agreed to this stipulation and permits her e-signature to be affixed to this document.

DATED: July 11, 2012                    /s/ William E. Steimle
                                        WILLIAM E. STEIMLE
                                        .

Dated: July 12, 2012

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND                                    Case No.. 3:12-cv-03507-JCS