PETER A. STROTZ, BAR NO. 129904
 pstrotz@kslaw.com
WILLIAM E. STEIMLE, BAR NO. 203426
 wsteimle@kslaw.com
MEGAN R. NISHIKAWA, BAR NO. 271670
 mnishikawa@kslaw.com
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: +1 415 318 1200
Facsimile: +1 415 318 1300

Attorneys for Defendants
ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA LP, and KBI SUB INC.

Attorneys for Specially Appearing Defendants
ASTRA U.S.A. INC. and ZENECA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY BEATTY, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>ASTRAZENECA PHARMACEUTICALS LP, et al.,<br><br>        Defendants. | Case No. 3:12-cv-03507-JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS ASTRA U.S.A. INC. AND ZENECA INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties and pursuant to Civil Local Rule 6-1(a), that specially appearing Defendants Astra U.S.A. Inc. and Zeneca Inc., shall have until July 26, 2012, to answer or to otherwise respond to Plaintiffs' Complaint.

1 DATED: July 11, 2012                                  KING & SPALDING LLP

2

3                                                                             By: /s/ William E. Steimle
                                                                                   PETER A. STROTZ
                                                                                   WILLIAM E. STEIMLE
4                                                                                  MEGAN R. NISHIKAWA
                                                                                   Attorney for Defendants
5                                                                                  ASTRAZENECA PHARMACEUTICALS
                                                                                   LP, ASTRAZENECA LP, and KBI SUB
6                                                                                  INC.
                                                                                   and Specially Appearing Defendants
7                                                                                  ASTRA U.S.A. INC. and ZENECA INC.

8
   DATED: July 11, 2012                                  GIANNI & PETOYAN
9

10                                                                            By: /s/ Laura Gianni*
                                                                                   LAURA GIANNI
11                                                                                 MARCUS PETOYAN
                                                                                   Attorney for Plaintiffs
12

13      * I, William E. Steimle, hereby attest that Laura Gianni has agreed to this stipulation and

14 permits her e-signature to be affixed to this document.

15 DATED: July 11, 2012                                         /s/ William E. Steimle
                                                                WILLIAM E. STEIMLE
16                                                              .

17

18 Dated: July 12, 2012

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND                                                        Case No.. 3:12-cv-03507-JCS