UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY BEATTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS LP, et al., <br><br> Defendants. | Case No. 4:12-cv-03507-SBA <br><br> [PROPOSED] ORDER EXTENDING TIME TO AMEND THE COMPLAINT AND MODIFYING THE BRIEFING SCHEDULE REGARDING THE MOTION TO DISMISS AND STRIKE OF DEFENDANTS ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, AND KBI SUB INC. |

PURSUANT TO STIPULATION filed July 26, 2012, IT IS ORDERED THAT:

The deadline for plaintiffs to oppose the motion to dismiss and strike (Doc 8) or to amend the complaint is extended to August 9, 2012.

DATED: AUGUST 1, 2012

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

[PROPOSED] ORDER EXTENDING TIME TO AMEND THE COMPLAINT AND MODIFYING THE BRIEFING SCHEDULE ON MOTION TO DISMISS AND STRIKE